**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**UNITED STATES OF AMERICA**

v.  　　　　　　　　　　　　　　　　　　CASE NO.　　3:91-cr-203-J-16HTS
　　　　　　　　　　　　　　　　　　　　　　　　　　　3:92-cr-59-J-99HTS

**IVORY JAMES RHODES**
_____/

### ORDER REVOKING SUPERVISED RELEASE

Pursuant to notice, a Final Revocation of Supervised Release hearing was held in open court on July 26, 2005. The defendant appeared with counsel, James H. Burke, Jr.. Also present was the Probation Officer and the Assistant United States Attorney John Sciortino.

At the hearing, the defendant knowingly, intelligently and voluntarily admitted the allegations of violation of supervised release. The Court, therefore, **FINDS** that the defendant has substantially and materially violated the terms and conditions of his supervised release and that there is just cause for revocation of defendant's supervised release. It is therefore, **ORDERED AND ADJUDGED**:

　　　　1.　　　　The Supervised Release provided in the Judgment and Commitment Order entered May 22, 1992 (Case No. 3:01-cr-203-J-16HTS) and the Judgment and Commitment Order entered May 28, 1992 (Case No. 3:92-cr-59-99HTS) as to the above-named defendant is hereby **REVOKED**.

　　　　2.　　　　The defendant, **IVORY JAMES RHODES**, is hereby committed to the custody of the Bureau of Prisons for imprisonment for a period of **THIRTY (30) DAYS.**

3. Upon release from imprisonment, the defendant will be placed on Supervised release for a period of thirty (30) months. Such term of Supervised Release shall include the standard conditions as contained in the original Judgment entered in this case.

4. The restitution as ordered in the Judgment and Commitment Order shall remain in full force and effect with credit given for any amounts already paid by the defendant.

**DONE AND ORDERED** at Jacksonville, Florida, this  26th  day of July, 2005.

_____
JOHN H. MOORE II
United States District Judge

Copies to:
  Defendant c/o Counsel
  James H. Burke, Jr. - Counsel for Defendant
  John Sciortino - AUSA
  U.S. Marshal
  U.S. Bureau of Prisons
  U.S. Probation